470 A.2d 1029

Commonwealth v. Hillman, Appellant.

Submitted June 21, 1983. Charles P. Mirarchi, III, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, JOHNSON and MONTGOMERY, JJ.

Judgment of sentence vacated and case remanded for the filing of post-verdict motions *nunc pro tunc.*

JOHNSON, J., filed a memorandum dissenting statement.